**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

VS       CASE NO.   5:19cr10-TKW

BRANDON KING WILLIAMS

## NOTICE OF HEARING

**TAKE NOTICE that the proceeding in the case has been set for the place, date and time set forth below:**

| | |
|---|---|
| **Place:** | U.S. District Court<br>One North Palafox St.<br>Pensacola, Florida 32502 |
| **Room No:** | Courtroom 4 North |
| **Date:** | December 16, 2020 |
| **Time:** | 10:00 AM |
| **Proceeding:** | Sentencing Hearing before the Honorable T. Kent Wetherell, II |

**NOTE:**
If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

October 8, 2020
DATE:

s/ *Paula Cawby*
Deputy Clerk:

Copies to:
Counsel of Record
U.S. Marshal
U.S. Probation
Court Reporter
Court Security Officer